JS 6

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| ANA CASAS, | ) | CASE NO. CV 08-4849 DSF (PJWx) |
| Plaintiff, | ) | |
| v. | ) | ORDER DISMISSING ACTION BY REASON OF SETTLEMENT |
| LOS ANGELES UNIFIED SCHOOL DISTRICT, et al. | ) | |
| Defendants. | ) | |

The Court has been advised by counsel that this action has been settled by stipulated judgment, and it is not necessary that the action remain on the Court's calendar. Counsel advised that payment was due by June 29.

Accordingly, it is ordered that the action is dismissed without prejudice. The Court retains jurisdiction for thirty days to vacate this Order and to reopen the action on a showing of good cause that the settlement has not been completed and further proceedings are necessary.

IT IS SO ORDERED.
7/14/10

Dated: _____

_____
Dale S. Fischer
United States District Judge